In The District Court of the United States

District of Columbia

**FILED**

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Propria Persona,

:Joseph:&:Karen-Elizabeth: of the
:Fuce:-Family,in the second genera-
tion,Sovereigns,Sui juris
c/o Postal Service Location
3968 Germantown Avenue,No.25525
Philadelphia,Pennsylvania, cf19140cf

Plaintiffs

v.

:Brian-R.: of the :Lumsden:-Family
100 North Westmoreland Avenue
Post Office Box P
Greensburg,Pennsylvania cf15601-0436cf

:Anthony-F.: of the :Deluca:-Family
177 Menser Road
Somerset,Pennsylvania, cf15501cf

427 Center Street
Boswell,Pennsylvania, cf15531cf

Defendants

Case: 1:08-cv-00041
Assigned To : Leon, Richard J.
Assign. Date : 1/8/2008
Description: Civil Rights-Non-Employ.

For the verified Complaint

For the witness is with the volition of the truth with his testimony.

I,:Joseph: of the :Fuce:-Family,in the second generation,a Sovereign human

being,Sui juris,declare,under the penalty of perjury under the laws of the

United States of America,without the United States,that,I,:Joseph:,am a

Sovereign,natural flesh and blood,male,human being,competent and being of

the age of the majority affirm,that,my "Yes" be "Yes" and my "No" be "No"

and,that,the following facts are true,certain,correct,and not misleading:

:Karen-Elizabeth: and I,:Joseph: of the :Fuce:-Family,in the second gener-

ation,Sovereigns,were deprived of our inalienable right to liberty by the

unlawful detainments by :Brian-R.: of the :Lumsden:-Family,a Public Servant,

and :Anthony-F.: of the :Deluca:-Family,a Public Servant,who,acting under color

of law,knowingly and willfully in direct violation of U.S.C.,Title 18,Section

242 deprived us of an inalienable fundamental right to liberty and therefore

:Karen: and I,:Joseph: have sustained injury from the deprivation of our in-

**RECEIVED**

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

alienable right to liberty and to engage in travel,wherefore,I,:Joseph: of the
:Fuce:-Family,in the second generation,Sovereign,Sui juris am invoking my right
and respectfully request,that,the District Court of the United States moves and
orders :Brian-R.: of the :Lumsden:-Family and :Anthony-F.: of the :Deluca:-Family,
the defendants,to immediately,after,judgement,pay punitive damages valued at $1,
100,000.00 plus the fines under statutes violated and all court costs for the un-
lawful acts of deprivation causing injury to :Karen-Elizabeth: and I,:Joseph: of
the :Fuce:-Family,in the second generation,Sovereign,Human beings,the Plaintiffs.

### For the Parties

:Joseph: and :Karen-Elizabeth: of the :Fuce:-Family,in the second generation,
Sovereign,Human Beings,The Plaintiffs
:Brian-R.: of the :Lumsden:-Family,an United States2 citizen,and Public Servant;
:Anthony-F.: of the :Deluca:-Family,an United States2 citizen,and Public Ser-
ant,The Defendants

### For the Jurisdiction of the Court

United States Code,Title 18,Part II,Chapter 211,Section 3231:
The distict court of the United States shall have original jurisdiction,.....
...,of all offenses against the laws of the United States.
United States Code,Title 42,Chapter 21,SubChapter I,Section 1983:
Every person who,under color of any statute,of the District of Columbia,sub-
jects,a human being within the jurisdiction thereof to the deprivation of any
rights,secured by the laws,shall be liable to the party injured in an action
at law,or other proper proceeding for redress,....
For the District Court of the United States does have jurisdiction to adjudi-
cate the complaint of the Plaintiffs.

### Affidavit in truth in support of the verified Complaint

1. On the Twenty-first day of the month of July,2007,at 11:45pm,my wife,:Karen:
   and I were engaged in our inalienable fundamental right to liberty in our
   personal property,an automobile,on route 119 in the township of New-Stanton,
   County of Westmoreland,Pa.. At 11:51,a State Police Officer named :Brian-R.:
   of the :Lumsden:-Family,Badge#8946,acting under color of law,in direct vio-
   lation of U.S.C.,Title 18,Sec.242 and his oath of office,knowingly,willfully,

and unlawfully detained us along with Sargeant :Anthony-F.: of the :Deluca:-Family,badge#5292 as the back-up Officer,who,acting under color of law,knowingly and willfully,in direct violation of U.S.C.,Title 42,Sec. 1986,neglected to prevent the unlawful detainment by :Brian-R.: of the :Lumsden:-Family,a Public Servant.

2. On the Twenty-second day of the month of July,2007,at 1:05am,my wife,:Karen: and I,:Joseph:,were engaged in our inalienable fundamental right to liberty in our personal property,an automobile,on route 30-west in the township of Hempfield,County of Westmoreland,Pa.. At 1:15am,a State Police Sargeant named :Anthony-F.: of the :Deluca:-Family,Badge#5292,acting under the color of law, knowingly,willfully,and in direct violation of U.S.C.,Title 18,Sec. 242,unlawfully detained us with-out cause for a second time,trespassed upon our personal property,and engaged in the act of theft by unlawful taking of our personal privately owned property,a Connecticut plate,no.132-JDM,which was clearly marked,"Private Property,NO TRESPASSING!" which is a direct violation of U.S.C., Title 42,Sec. 1985(3) and a willful act in conspiracy with :Brian-R.: of the :Lumsden:-Family,a Public Servant,which is a direct violation of his oath of office and constitutes fraud by conspiracy.

## Count I - Breach of Duty

3. I,:Joseph:,the plaintiff,restates paragraphes 1 & 2 of the Affidavit in truth.

4. On the Twenty-third day of the month of April,2004,:Brian-R.: of the :Lumsden: -Family,swore an oath,that,he would "support,obey,and defend the Constitution of the United States..."and that he would "discharge the duties of my office with fidelity;"

5. A copy of the Oath of Office sworn to by :Brian-R.: of the :Lumsden:-Family is appended as exhibit "A".

6. On the Twenty-eighth day of the month of October,2003,:Anthony-F.: of the :Deluca:-Family,swore an oath,that,he would "obey the law and to enforce it with-out any consideration of class,color,creed,or condition."

7. A copy of the commission and oath of office sworn to by :Anthony-F.: of the :Deluca:-Family is appended as exhibit "B".

8. I,:Joseph:,the Plaintiff,verbally and by legal notice put :Brian-R.: of the
:Lumsden:-Family,a Public Servant on notice at the scene of the unlawful de-
tainment and mailed a legal notice and inquiry thereafter concerning the ini-
tial reason for the unlawful detainment.

9. A copy of the notice presented to :Brian-R.: of the :Lumsden:-Family,a Public
Servant at the scene of the unlawful detainment is appended as exhibit "C".

10. A copy of the Legal Notice and Inquiry mailed by first class mail along with
a Certificate of Mailing to :Brian-R.: of the :Lumsden:-Family,a Public Ser-
vant is appended as exhibit "D".

11. I,:Joseph:,the Plaintiff,verbally put :Anthony-F.: of the :Deluca:-Family,
a Public Servant on notice at the scene of the second unlawful detainment and
mailed a legal notice and inquiry thereafter concerning the initial reason for
the second unlawful detainment.

12. A copy of the notice presented to :Anthony-F.: of the :Deluca:-Family,a
Public Servant at the scene of the second unlawful detainment is appended as
exhibit "C". (c)

13. A copy of the legal Notice and Inquiry mailed by first class mail along with
a Certificate of Mailing to :Anthony-F.: of the :Deluca:-Family,a Public Ser-
vant is appended as exhibit "F".

14. I,:Joseph:,the plaintiff,made a reasonable effort to find out the initial rea-
son for the unlawful detainment by Officer :Brian-R.: of the :Lumsden:-Family,
a Public Servant,acting under the color of law;

15. :Brian-R.: of the :Lumsden:-Family,a Public Servant remained silent concerning
the Notices and Inquiries;

16. My wife :Karen-Elizabeth: and I,:Joseph: of the :Fuce:-Family,in the second
generation were detained unlawfully and therefore,:Karen: and I were deprived
of our inalienable right to liberty and engage in travel which caused injury
by the deprivation because of the unlawful act of :Brian-R.: of the :Lumsden:
-Family,a Public Servant;

Wherefore,I,:Joseph: of the :Fuce:-Family,in the second generation,the Plaintiff,
am invoking my right to have my complaint adjudicated by the District Court of the
United States and respectfully request,that,the District Court of the United States

Page 4

takes judicial notice,moves,and orders :Brian-R.: of the :Lumsden:-Family,a Public Servant to immediately,after,judgement pay punitive damages valued at $350,000.00 plus fines and all court costs to the Plaintiffs for the injury caused by the act of the deprivation of our right to liberty.

17. I,:Joseph:,the Plaintiff,made a reasonable effort to find out the initial reason for the second unlawful detainment and theft of our property engaged in by Officer :Anthony-F.: of the :Deluca:-Family,a Public Servant,acting under color of law;

18. :Anthony-F.: of the :Deluca:-Family,a Public Servant remained silent concerning the Notices and Inquiries;

19. My wife :Karen-Elizabeth: and I,:Joseph: of the :Fuce:-Family,in the second generation were detained unlawfully for a second time and therefore,:Karen: and I were deprived of our inalienable right to liberty and engage in travel which caused injury by the deprivation becuase of the unlawful acts of :Anthony-F.: of the :Deluca:-Family,a Public Servant;

Wherefore,I,:Joseph: of the :Fuce:-Family,in the second generation,the Plaintiff, am invoking my right to have my complaint adjudicated by the District Court of the United States and respectfully request,that,the District Court of the United States takes judicial notice,moves,and orders :Anthony-F.: of the :Deluca:-Family,a Public Servant to immediately,after,judgement pay punitive damages valued at $750,000.00 plus fines and all court costs to the plaintiffs for the injury caused by the acts of the deprivation of our right to liberty.

For the law

United States Code,Title 42,Chapter 21,Subchapter I,Section 1983:

Every person who,under color of any statute,of any State or the District of Columbia,subjects,any other human being within the jurisdiction thereof to the deprivation of any right,secured by the laws,shall be liable to the party injured in an action at law,suit in equity,or other proper proceeding for redress.....

United States Code,Title 18,Part I,Chapter 13,Section 242:

Whoever,under color of any law,willfully subjects any human being in any State,to the deprivation of any right secured or protected by the laws of the United States,

Page 5

shall be fined under this title or imprisoned....

United States Code,Title 42,Chapter 21,Subchapter I,Section 1985(3):

If two persons in any State conspire for the pupose of depriving,either directly
or indirectly,any human being of the equal protection of the laws,or equal pri-
vileges and immunities under the laws;

if one or more persons engages therein do,or cause to be done,any act in further-
ance of the object of such conspiracy,whereby another is injured in his person or
property,or deprived of having and exercising any right,the party so injured or
deprived may have an action for the recovery of damages occasioned by such injury
or deprivation,against any one or more of the conspirators.

United States Code,Title 42,Chapter 21,Subchapter I,Section 1986:

Every person who,having knowledge that any of the wrongs conspired to be done,and
mentioned in section 1985 of this title,are about to be committed,and having power
to prevent or aid in preventing the commission of the same,neglects or refuses to
do so,if such wrongful act be committed,shall be liable to the party injured,for
all damages caused by such wrongful act,which such person by reasonable diligence
could have prevented;and such damages may be recovered in an action.....

For the Cases of Authority

United States V. :Tweel:,550 F.2d 297 at 299-300 (1947):

"silence can only be equated with fraud when there is a legal and moral duty to
 speak the truth or when an inquiry left unanswered would be intentionally mis-
 leading to the injury of the parties."

:Dunahay: V. :Struzoik:,393 P.2d 930, 96 Ariz. 246 (1964):

"Fraud maybe committed by failure to speak,but a duty to speak must be imposed."

For the Conclusion of Facts and Laws

20. We,:Joseph: and :Karen-Elizabeth: of the :Fuce:-Family,in the second gener-
    ation,Sovereign,human beings,the Plaintiffs,are bound by and abide by the
    Natural Law,the Laws of the United States of America,and the laws of the
    United States.

21. Officer :Brian-R.: of the :Lumsden:-Family,an United States citizen,and Public
    Servant,badge#8946 is bound by the laws of the United States and the laws of
    the United States of America and took an oath to uphold the laws of the United

States and should be deemed to know the laws of the United States.

22. Officer :Anthony-F.: of the :Deluca:-Family,an United States citizen,and Public Servant,Badge#5292 is bound by the laws of the United States and the laws of the United States of America and took an oath to up hold the laws of the United States of America.

23. Officers,:Brian-R.: of the :Lumsden:-Family and :Anthony-F.: of the :Deluca:-Family,Public Servants,took oaths to uphold the law and should be deemed to know the law.

24. Officer,:Brian-R.: of the :Lumsden:-Family,badge#8946,a Public Servant,and United citizen,on the Twenty-first day of the month of July,2007,at 11:51pm, acting under color of law,knowingly,willfully,and unlawfully detained my wife, :Karen: and I,:Joseph: of the :Fuce:-Family,in the second generation,Sovereign, Human beings and therefore deprived us of our inalienable fundamental right to liberty which has caused injury for the deprivation of our right to travel.

25. Officer,:Anthony-F.: of the :Deluca:-Family,Badge#5292,a Public Servant,and United States citizen,on the Twenty-second day of the month of July,2007,at 1:15am,acting under color of law,knowingly,willfully,and unlawfully detained my wife,:Karen: and I,:Joseph: of the :Fuce:-Family,in the second generation, Sovereign,Human beings and therefore deprived us of our inalienable fundamental right to liberty which has caused injury for the deprivation of our right to travel.

### For the Affidavit of the Eyewitness

For the witness is with the volition of the truth with her testimony.

I,:Karen-Elizabeth: of the :Fuce:-Family,in the second generation,a Sovereign Human being,the wife of :Joseph:,the passenger,a victim,and eyewitness,declare, under the penalty of perjury under the laws of the United States of America, without the United States,that,I,:Karen-Elizabeth:,am a Sovereign,natural flesh and blood,female,human being,competent and being of age of the majority affirm, that,my "Yes" be "Yes" and my "No" be "No" and,that,the folowing facts are true, certain,correct,and not misleading:

I,:Karen-Elizabeth:,a passenger and an eye-witness,witnessed,on the twenty-first

Page 7

day of the month of July,2007,at 11:51am,on route 119 in the township of New Stanton,County of Westmoreland,Pa.,a State police officer named :Lumsden: unlawfully detain my husband,:Joseph: and I without verbally providing the initial reason for the detainment. Officer :Lumsden: show a great dis-respect towards my husband and myself treating us as if we were third class citizens.

I,:Karen-Elizabeth:,a passenger and an eye-witness,witnessed,approximately an hour and a half later,on the twenty-second day of the month of July,2007,at 1:15am,on route 30-west in the township of Hempfield,County of Westmoreland,Pa.,a State Police Sargeant named :Deluca: unlawfully detain my husband,:Joseph: and I for a second time. Officer :Deluca: never acknowledge my husbands inquiries concerning the second unlawful detainment. I,:Karen: visually observed officer :Deluca: trespass upon our property and engage in the act of theft of our private owned property which stopped my husband and I from engaging in our fundamental right to liberty.

*:Karen-Elizabeth :Fuce:II:*

:Karen-Elizabeth: of the :Fuce:-Family,in the second generation,an eye-witness

### For the Relief

For the principle in the Law of fraud as it relates to non-disclosure,that a charge of fraud is maintainable where a party knows material facts,is under the duty,under the circumstances,to speak and disclose his information,but remain silent.

State police Officers,:Brian-R.: of the :Lumsden:-Family and :Anthony-F.: of the :Deluca:-Family,Public Servants,had a duty to disclose the initial reasons for detaining my wife,:Karen: and I,:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Human beings and depriving us of the right to liberty.

State Police Officers,:Brian-R.: of the :Lumsden:-Family and :Anthony-F.: of the :Deluca:-Family,Public Servants,remained silent concerning the legal notices and inquiries and are estoppelled by silence and have engaged in malfeasance in office and therefore are liable pursuant to U.S.,Title 42,Sec.1983 to the party injured,the Plaintiffs.

We,:Karen-Elizabeth: and I,:Joseph: of the :Fuce:-Family,in the second generation, Sovereign,Human beings,the plaintiffs,suffered punitive damages as a direct result

of the unlawful detainments causing injury for the deprivation of our right to liberty;

Wherefore,we,:Karen-Elizabeth: and I,:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Human beings,invoke our rights to have our complaint lawfully adjudicated by the District Court of the United States and respectfully request, that,the District Court of the United States immediately moves and orders :Brian-R.: of the :Lumsden:-Family,a Public Servant,to pay punitive damages valued at $350,000.00 for acting under color of law,knowingly,willfully,and unlawfully detaining the Plaintiffs and depriving the Plaintiffs of the fundamental right to liberty and we also request,that,the District Court moves and orders :Anthony-F.: of the :Deluca:-Family,a Public Servant,to also pay punitive damages valued at

$750,000.00 for acting under color of law,knowingly,willfully,and unlawfully detaining the Plaintiffs and depriving the Plaintiffs of the fundamental right to liberty based on the act of theft of our personal property,a license plate. Executed without prejudice and with all rights reserved[UCC1-308],I,:Joseph: declare under the penalty of perjury under the laws of the United States of America,without the United States,that,the foregoing is true and correct. Executed on the____27th____day of the month of___December_____,in the year of Our Lord,two thousand and seven.

: Joseph: Fuce. II!        Luke1:37     : KAREN-E.: FUCE.II:

:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Sui juris

Page 9

In The District Court of the United States

District of Columbia

In Propria Persona,

:Joseph:&:Karen-Elizabeth: of the
:Fuce:-Family,in the second genera-
tion,Sovereigns,Sui juris
c/o Postal Service Location
3968 Germantown Avenue,No.25525
Philadelphia,Pennsylvania, cf19140cf

Plaintiffs

    v.

:Brian-R.: of the :Lumsden:-Family,
Public Servant
100 North Westmoreland Avenue
Post Office Box P
Greensburg,Pennsylvania cf15601-0436cf

:Anthony-F.: of the :Deluca:-Family,
Public Servant
177 Menser Road
Somerset,Pennsylvania, cf15501cf

427 Center Street
Boswell,Pennsylvania, cf15531cf

Defendants

: Docket No.:

: District of U.S. Court Judge:

## For the Certificate of Good Faith

For the witness is with the volition of the truth with his testimony.
I,:Joseph: of the :Fuce:-Family,in the second generation,a Sovereign human
being,Sui juris,declare,under the penalty of perjury under the laws of the
United States of America,without the United States,that,I,:Joseph:,am a
Sovereign,natural flesh and blood,male,human being,competent and being of
the age of the majority affirm,that,my "Yes" be "Yes" and my "No" be "No"
and,that,the following facts are true,certain,correct,and not misleading:
I,:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Sui juris,
the Plaintiff,on the Twenty-first day of the month of July,2007,at 11:51pm
verbally and through a legal notice put :Brian-R.: of the :Lumsden:-Family,a
Public Servant on notice. Officer :Lumsden: showed a great dis-respect towards
my wife and I and refused to allow me to inquire about the initial reason for
the detainment. On the Tenth day of the month of September,in the year of our

Page 1

Lord,two thousand and seven,I,:Joseph: mailed by first class mail along with a Certificate of Mailing a Legal Notice and Inquiry requesting the initial reason for the detainment of my wife,:Karen: and I,:Joseph: to :Brian-R.: of the :Lumsden:-Family,a Public Servant.

I,:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Sui juris, the Plaintiff,on the Twenty-second day of the month of July,2007,at 1:15am verbally and through a legal notice put :Anthony-F.: of the :Deluca:-Family,a Public Servant on notice. Officer :Deluca: showed a great dis-respect towards my wife and I and refused to allow me to inquire about the jurisdictional authority or statute authorizing the detainment. On the Eleventh day of the month of October,in the year of Our Lord,two thousand and seven,I,:Joseph: mailed by first class mail along with a Certificate of mailing a legal notice and Inquiry requesting the initial reason for the detainment of my wife,:Karen: and I,:Joseph: to :Anthony-F.: of the :Deluca:-Family,a Public Servant.

I,:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Sui juris, certify,that a good faith effort was made to communicate with :Brian-R.: of the :Lumsden:-Family,a Public Servant and U.S. citizen and :Anthony-F.: of the :Deluca:-Family,a Public Servant and U.S. citizen with a view toward resolving the issues raised by the foregoing complaint,however the lack of a responce from :Brian-R.: of the :Lumsden:-Family,a Public Servant and :Anthony-F.: of the :Deluca:-Family,a Public Servant and U.S. citizens brings the parties at an impasse,wherefore,I,:Joseph: of the :Fuce:-Family,in the second generation, Sovereign,Sui juris,the Plaintiff,requests,that,the District Court of the United States takes judicial notice,moves,and orders :Brian-R.: of the :Lumsden:-Family, a Public Servant and :Anthony-F.: of the :Deluca:-Family,a Public Servant to pay punitive damages and fines for the illegal detainment causing injury to my wife,:Karen: and I,:Joseph: of the :Fuce:-Family,in the second generation for the deprivation of our inalienable right to travel and engage in liberty. Executed without prejudice and with all rights reserved[UCC1-308],I,:Joseph: declare under the penalty of perjury under the laws of the United States of America,without the United States,that,the foregoing is true and correct.

Page 2

Executed on the 27ʰ day of the month of _December_____, in the year of Our Lord, two thousand and seven.

Luke1:37

:Joseph: :Fuce: ₵

:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Sui juris

### Notary

I, JOHN T MELVIN [Print name],the Notary for the State of Pennsylvania, County of Philadelphia,certify as the witness to the following:

(a) For the Certificate of Good Faith of :Joseph: of the :Fuce:-Family,in the second generation,Sovereign,the above human being.

### Notary Public's Jurat

Before me,the undersigned authority,a Notary Public,of the County of PHILADELPHIA _____,State of PA_____,on the 5TH____day of the month of DECEMBER,in the year of our Lord,two thousand and seven,at 10:15 (am)/pm, the above male human being,a Sovereign living soul did appear and was identified by valid identification,and who,with the volition of the truth,claimed,that,the aforegoing asservation is true to the best of his knowledge and belief.

Witness my hand and Official Seal,

_____,Notary
Notary's Autograph

Official Seal

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

**Page 3**

In The District Court of the United States

District of Columbia

In Propria Persona,                        :

:Joseph:&:Karen-Elizabeth: of the          :
:Fuce:-Family,in the second genera-        :
tion,Sovereigns,Sui juris                  :
c/o Postal Service Location                :
3968 Germantown Avenue,No.25525            : Docket No.:
Philadelphia,Pennsylvania, cf19140cf       :
                                           :
Plaintiffs                                 : District of U.S. Court Judge:
                                           :
                                           :
        v.                                 :
                                           :
:Brian-R.: of the :Lumsden:-Family         :
100 North Westmoreland Avenue              :
Post Office Box P                          :
Greensburg,Pennsylvania cf15601-0436cf:
                                           :
:Anthony-F.: of the :Deluca:-Family        :
177 Menser Road                            :
Somerset,Pennsylvania, cf15501cf           :
                                           :
427 Center Street                          :
Boswell,Pennsylvania, cf15531cf            :
                                           :
Defendants                                 :


FOR THE EXHIBITS

Exhibit A – Oath of Office & Commission of :Brian-R.:Lumsden:

Exhibit B – Commission & Oath of :Anthony-F.:Deluca:

Exhibit C – Legal Notice & Warning [See 9&12 under breach of duty]

Exhibit D – Legal Notice & Inquiry to :Brian-R.:Lumsden:

Exhibit F – Legal Notice & Inquiry to :Anthony-F.:Deluca:


Page 1



# PENNSYLVANIA STATE POLICE

# OATH OF OFFICE

I, _Brian R. Lumsden_, do solemnly swear (or affirm) that

I will support, obey, and defend the Constitution of the United States and the Constitution of this Commonwealth and that I will discharge the duties of my office with fidelity;

I will bear true faith and allegiance to the Commonwealth of Pennsylvania, its citizens, and their elected representatives;

I will perform all my duties as a Pennsylvania State Police Trooper honestly, faithfully, and in accordance with the law; and

I will obey the orders of my superior officers and conduct myself at all times in accordance with the regulations set forth by the Commissioner of the Pennsylvania State Police.

SIGNATURE

I certify that the herein named individual entered upon the performance of his or her official duties as a Trooper with the Pennsylvania State Police this 23rd day of April, 2004.

DIRECTOR, BUREAU OF TRAINING AND EDUCATION

COMMISSIONER

08 0041

**FILED**

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 of 2

# Pennsylvania State Police

## Call of Honor

I am a Pennsylvania State Trooper, a Soldier of the Law. To me is entrusted the Honor of the Force. I must serve honestly, faithfully, and if need be, lay down my life as others have done before me, rather than swerve from the path of duty. It is my duty to obey the law and to enforce it without any consideration of class, color, creed, or condition. It is also my duty to be of service to anyone who may be in danger or distress, and at all times so conduct myself that the Honor of the Force may be upheld.

NAME AND RANK (PRINT): _BRIAN R. LUMSDEN      CADET_

SIGNATURE: _Brian R. Lumsden_

DATE OF TRAINING: _12/03/03_

TROOP(BUREAU)/STATION(DIVISION): _115TH CADET CLASS_

_20F2_

# Pennsylvania State Police

Exhibit - B

## Call of Honor

I am a Pennsylvania State Trooper, a Soldier of the Law. To me is entrusted the Honor of the Force. I must serve honestly, faithfully, and if need be, lay down my life as others have done before me, rather than swerve from the path of duty. It is my duty to obey the law and to enforce it without any consideration of class, color, creed, or condition. It is also my duty to be of service to anyone who may be in danger or distress, and at all times so conduct myself that the Honor of the Force may be upheld.

08 0041

**NAME AND RANK (PRINT):** Anthony DeLuca, Sgt

**SIGNATURE:** _(signature)_

**DATE OF TRAINING:** 10/28/03

**TROOP(BUREAU)/STATION(DIVISION):** T - Somerset

1 of 2

FILED

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SP 3-321 (2-79)

PENNSYLVANIA STATE POLICE
## ORIGINAL ENLISTMENT

| Name of Cadet | Social Security No. | Home address | 15531 |
|---|---|---|---|
| ANTHONY F. DeLUCA | 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 | 427 CENTER ST. BOSWELL, PA | |

## ENLISTMENT AND OATH

I DO HEREBY ACKNOWLEDGE to have voluntarily enlisted this ___11TH___ day of

___AUGUST___, 19 _86_, as a member of the Pennsylvania State Police. I do

solemnly swear (or affirm) that I will bear true faith and allegiance to the COMMONWEALTH OF

PENNSYLVANIA, that I will serve it honestly and faithfully, that I will support the constitution

of the Commonwealth of Pennsylvania, that I will perform all my duties as a Pennsylvania State

Police Officer according to the law and regulations governing same, that I will conduct myself ac-

cording to the regulations as set forth by the Commissioner of the Pennsylvania State Police, and

that I will obey the orders of my superior officers. I understand that I must serve a probationary

period of 18 months from the date of my enlistment, during which time I may be dismissed by the

Commissioner for violation of rules and regulations, incompetency, and inefficiency without action

of a court martial board or the right of appeal to a civil court.

_____
Signature of Enlistee

---

## BUREAU OF TRAINING & EDUCATION

### CERTIFICATION OF ENLISTMENT

I certify that the above named cadet fulfills all legal requirements for enlistment and is

hereby accepted into the service of the Pennsylvania State Police under this contract of enlist-

ment, and, in doing so, have strictly observed the regulations which govern the Pennsylvania

State Police.

| Pennsylvania State Police Academy Hershey, Pennsylvania | Signature, Director James B. Hay |
|---|---|

2 oF 2

Exhibit-C

## Legal Notice and Warning

:Joseph: of the :Fuce:-Family,in the second generation,Sovereign
c/o Postal Service Location
3968 Germantown Avenue,#25525
Philadelphia,Pennsylvania,Republic cf19140cf

Legal Notice and Warning!

To: All Fifty,State,Police Officers & All City,Police Officers,

For the witness is with the volition of the truth with his testimony.

I,:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,
Sui juris,declare,under the penalty of perjury under the laws of the
United States of America,that,I am a private Sovereign flesh and blood
human being,competent and being of the age of majority affirm that my
"Yes" be "Yes" and my "No" be No" and that the following facts are true,
certain,correct,and not misleading:

### NOTICE

1. Be advised,you are being recorded for legal purposes such as perjury;

2. You,Officer,have No Jurisdiction Authority over me,:Joseph: or my per-
   sonal property,an automobile;[See Certificate of the Owners]

3. I,:Joseph: have committed no crime or civil violation;

4. If you fail to provide me,:Joseph: with your commission and Identifica-
   tion you are impersonating a Police Officer[or State] which is a crime
   pursuant to United States Code Title 18,Section 913 and;

5. The legal Notice will be use as evidence against you in a court of
   law.[If necessary]

### WARNING!

I,:Joseph: of the :Fuce:-Family,in the second generation,a private Sovereign
human being have an inalienable fundamental right to liberty in which you,
Officer,a public servant,are depriving me of,at this time.

I,:Joseph: will allow you,Officer,5min. to review my Identification,Certi-
ficate of the Owners,and the other related documentation,that,I have provided
to you.

Failure to immediately release me,:Joseph: and my property,an automobile,with-
out question,will,result in injury to me in which I will seek damages against
you personally base on the fact,that,you,Officer,have knowingly,willfully,and
without reason deprived me,:Joseph: of my inalienable fundamental right to
liberty by engaging in an unlawful traffic stop.

Notice to you,Officer,is Notice to the Chief of Police based on the fact,that,
you are an agent of the Chief of Police within your jurisdiction.

Executed without prejudice and with all rights reserved[UCC1-308] on the
___12th___ day of the month of ___JuNE___,in the year of our Lord :God:,two
thousand and __07__.

{ Joseph Fuce; II;

:Joseph: of the :Fuce:-Family,in the second generation,Sovereign

Page 1

08 0041

FILED

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Exhibit - D*

Pa State Police - Troop A


:Joseph: of the :Fuce:-Family,in the Second Generation,Sovereign,Sui juris
c/o Postal Service Location
3968 Germantown Avenue
Post Office Box 25525
Philadelphia,Pennsylvania, cf19140cf


:Brian-R.:Lumsden:,Trooper#8946
Pennsylvania State Police
Troop - A
100 North Westmoreland Avenue
Post Office Box P
Greensburg,Pennsylvania cf15601-0436cf

Legal Notice and Inquiry                        Ref#6335-2-002

For the witness is with the volition of the truth with his testimony.

:Brian-R.:Lumsden:,Trooper,

                        Notice

On the Twenty-first day of the month of July,2007,at 11:45pm,my wife,:Karen:
and I were engaged in our inalienable fundamental right to liberty in our
personal property,an automobile,on route 119 in the township of New-Stanton,
County of Westmoreland,Pa.. At 11:51pm,you,:Brian-R.:Lumsden:,State Police
Office#8946,acting under color of law,knowingly and willfully,detained us.

                        Inquiry

With direct knowledge of your actions,what is the initial reason for the
detainment of my wife,:Karen: and me,:Joseph: of the :Fuce:-Family,in the
second generation,Sovereign human beings?

Be advised,that,you,:Brian-R.:Lumsden:,a State Police Officer,and Public
servant,swore on the twenty-third day of the month of April,2004,that,you,
:Brian-R.: of the :Lumsden:-Family,would,"perform all my duties as a Penn-
sylvania State Police Trooper honestly,faithfully,and in accordance with the
law;...

:Brian-R.:Lumsden:,State police trooper,and Public servant,a lack of an im-
mediate lawful autographed responce from you,will,entitle me,:Joseph: to pro-
ceed under the conclusive presumption,that,the detainment was illegal and a
violation of my inalienable fundamental right to liberty and will estoppel
you from any future presentments in any court of law.

Please immediately forward your lawful responce to me,:Joseph: at the above
Postal Service Location.

Executed without prejudice and with all rights reserved[UCC1-308] on the

____10___day of the month of _September_,in the year of Out Lord,two thousand

and__07__.

              *: Joseph : Fuce Ep #1*                          08 0041

:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Sui juris


Certificate of Delivery

                        Page 1

                                            **FILED**

                                            JAN - 8 2009

                                            **NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT**

                        *11⅔*

**Pa State Police - Troop A**

I,:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,declare,
under the penalty of perjury under the laws of the United States of America
without the United States,that,the legal notice and Inquiry herein was mailed
by first class mail along with a Certificate of Mailing to 100 North Westmore-
land Avenue,P.O.Box P,Greensburg,Pa,to :Brian-R.:Lumsden:,a State Police Officer
at Troop A Barrack.

*Joseph:Fuce II*

:Joseph:Fuce:II:,Sovereign
All right reserved

cc: Fuce,II

2 P 2

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

Received From:

Joseph Fure, II

3961 German Town Avenue, #255

Philadelphia, PA 19140

One piece of ordinary mail addressed to:

Brian-R. Lumsden, Trooper

Pennsylvania State Police

Troop-A 100 North Westmoreland Ave

Greensburg, PA 15601-0936

PS Form 3817, January 2001

$1.05

3 of 3

Pa State Police - Troop T

:Joseph: of the :Fuce:-Family,in the second Generation,Sovereign,Sui Juris
c/o Postal Service Location
3968 Germantown Avenue
Post Office Box 25525
Philadelphia,Pennsylvania, cf19140cf

:Anthony-F.:Deluca:,Badge#5292
Pennsylvania State Police
Troop - T
177 Menser Road
Somerset,Pennsylvania, cf15501cf

Legal Notice and Inquiry                                    Ref#6335-2-001

:Anthony-F.:Deluca:,Sargeant,

For the witness is with the volition of the truth with his testimony.

                            Notice

On the Twenty-second day of the month of July,2007,at 1:05am,my wife,:Karen:
and I,:Joseph:,were engaged in our inalienable fundamental right to liberty
in our personal property,an automobile,on route 30-west in the township of
Hempfield,County of Westmoreland,Pa.. At 1:15am,you,:Anthony-F.: of the
:Deluca:-Family,a State Police Sargeant,Badge#5292,acting under the color of
law,knowingly,willfully,and in direct violation of your oath of office,de-
tained us with-out cause,trespassed upon our property,and engaged in the act
of theft by unlawful taking of our personal privately owned property,a Con-
necticut plate,no.132-JDM,which was clearly mark,"Private Property,NO TRES-
PASSING!"

                            Inquiry

What is the initial reason,why,you,:Anthony-F.:Deluca:,a State Police Sargeant,
detained us,and then engaged in the unlawful taking of our property?

Be advised,that,you,:Anthony-F.:Deluca:,a State Police Sargeant and Public
Servant,swore on the Eleventh day of the month of August,1986,that,you,:Anthony-
F.: of the :Deluca:-Family,would,"perform all my duties as a Pennsylvania
State Police Officer according to the law.."

:Anthony-F.:Deluca:,State Police Sargeant,and Public servant,a lack of an im-
mediate lawful autgraphed responce from you,will,entitle me,:Joseph:,to pro-
ceed under the conclusive presumption,that,the detainment was illegal,the theft
of our property is a crime along with the trespassing upon our property,an auto-
mobile,and the violation of our inalienable fundamental right to liberty. Be
advised,you,:Anthony: will be estoppelled from any future presentments in any
court of law for the failure to speak as it is your duty to do concerning any
and all legal matters.

Notice to principle is notice to agent.Notice to agent is notice to principle.

Please immediately forward your lawful responce to me,:Joseph: at the above
Postal service location.

Executed without prejudice and with all rights reserved[UCC1-308] on the
Eleventh day of the month of October,in the year of Our Lord,two thousand and
seven.                                                         08 0041

:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Sui juris
                            Page 1

FILED

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Pa  State Police - Troop T**

**Certificate of Delivery**

I,:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,delcare,
under the penalty of perjury under the laws of the United States of America
with-out the United States,that,the legal notice and inquiry herein was mailed
by first class mail along with a certificate of mailing to 177 Menser Road,
Somerset,Pa 15501 to :Anthony-F:Deluca:,a State Police Sargeant of Troop - T.

:Joseph:Fuce:II:
All rights resevred

cc: Fuce,II

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Joseph Fuco, II

3968 Germantown Avenue #25525

Philadelphia, PA 19140

One piece of ordinary mail addressed to:

Anthony-F. Deluca, Sargeant

Pa State Police, Troop T

177 Mewser Road

Somerset, PA 15501

PS Form 3817, January 2001

OCT 13 2007

U.S. POSTAGE
PAID
PHILADELPHIA, PA
OCT 13 '07
AMOUNT
$1.05
00034164-17

UNITED STATES
POSTAL SERVICE

0000

3 of 3

### Notary

I, JOHN T MELVIN [Print name], the Notary for the State of Pennsylvania, County of Philadelphia, certify as the witness to the following:

(a) For the Complaint of :Joseph: of the :Fuce:-Family, in the second generation, Sovereign, the above human being.

### Notary Public's Jurat

Before me, the undersigned authority, a Notary Public, of the County of PHILADELPHIA _____, State of PA _____, on the 29TH day of the month of DEC _____, in the year of our Lord, two thousand and seven, at 10:15 am/pm, the above male human being, a Sovereign living soul did appear and was identified by valid identification, and who, with the volition of the truth, claimed, that, the aforegoing asservation is true to the best of his knowledge and belief.

Witness my hand and Official Seal,

_____, Notary
Notary's Autograph

Official Seal

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

*L*
*08-41*
*RJL*

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

*Joseph Fuce, et al*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  *88888*
(EXCEPT IN U.S. PLAINTIFF CASES)

*Pro se  N/A*

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

*Brian R. Lamson, et al*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00041
Assigned To : Leon, Richard J.
Assign. Date : 1/8/2008
Description: Civil Rights-Non-Employ.

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 2 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZEN** ~~FOR PLAINTIF~~ AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A–N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***

☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

***(If Antitrust, then A governs)***

**☐ E. *General Civil (Other)*  OR  ☐ F. *Pro Se General Civil***

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| □ G. *Habeas Corpus/ 2255*<br><br>□ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ H. *Employment Discrimination*<br><br>□ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ I. *FOIA/PRIVACY ACT*<br><br>□ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ J. *Student Loan*<br><br>□ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| □ K. *Labor/ERISA (non-employment)*<br><br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | ⬤ L. *Other Civil Rights (non-employment)*<br><br>□ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>⬤ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ M. *Contract*<br><br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ N. *Three-Judge Court*<br><br>□ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⬤ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*42 USC 1983*

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint JURY DEMAND: □ YES ⬤ NO |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) □ YES ⬤ NO | If yes, please complete related case form. |
|---|---|---|

DATE  *JAN. 8, 2008*    SIGNATURE OF ATTORNEY OF RECORD  *LCO*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# RECEIVED

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT