Certified Delivery

:Joseph: of the :Fuce:-Family,in the second generation,Sovereign,Sui juris
c/o postal service location
3968 Germantown Avenue,No.25525
Philadelphia,Pennsylvania,cf19140cf

Plaintiff

Re: :Fuce: v. :Lumsden:&:Deluca:,Case no. 1:08-cv-00041

    Judge :Richard-J.:Leon:

Certificate of Delivery

For the witness is with the volition of the truth with his testimony.

I,:Joseph: of the :Fuce:-Family,in the second generation,declare,under penalty of perjury under the Laws of the United States of America,without the United States,that,I,:Joseph: of the :Fuce:-Family,in the second generation mailed by First-Class mail along with a Certificate of mailing a copy of the complaint to the defendants listed below:

:Brian-R.:Lumsden:,Trooper
100 North Westmoreland Avenue
Post Office Box P
Greensburg,Pennsylvania 15601-0436

:Anthony-F.:Deluca:,Sargeant
177 Menser Road
Somerset,Pennsylvania 15501

427 Center Street
Boswell,Pennsylvania 15531

Date: 15th day of the month of JANUARY ,2007.

/:Joseph;Fuce;II:
:Joseph:Fuce:II:,Sovereign,Sui juris
All rights reserved

   cc: :Fuce:II:
       :Lumsden:
       :Deluca:

# RECEIVED

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT                Page 1