UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH FUCE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Case No. 08-0041 (RJL) |
| BRIAN R. LUMSDEN, et al., | ) |
| Defendants. | ) |

### ORDER

Plaintiffs filed this civil action on January 8, 2008. No summons has been issued. On January 18, 2008, plaintiff Joseph Fuce filed a "Certificate of Delivery," purporting to have effected service on the defendants. (D.E. #2.) Since then, there has been no activity in this case. Accordingly, upon due consideration of the entire record herein, it is, this 9th day of June, 2008, hereby

**ORDERED** that this case is dismissed, without prejudice, for failure to prosecute pursuant to Local Rule 83.23. *See* LcvR 83.23 ("A dismissal for failure to prosecute may be ordered by the Court upon motion by an adverse party, or upon the Court's own motion.").

**SO ORDERED.**

RICHARD J. LEON
United States District Judge